IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LONNELL I. FORT                                                                                          PLAINTIFF

v.                                              Civil No. 6:21-cv-6127

NANCY COOPER, *et al.*                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 18, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 20). Judge Bryant recommends that the Court dismiss Plaintiff Lonnell Fort's complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failure to comply with the Court's Orders and failure to prosecute the case.

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion to Appoint Counsel (ECF No. 12) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 18th day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge